IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**JEROME BLACKSHEAR,**
      **Plaintiff,**

vs.                               **CASE NO.:  5:07cv144/MCR/MD**

**NORMA B. GILO, et al.,**
      **Defendants.**
_____/

**O R D E R**

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on February 20, 2008, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. The defendants Gilo, Salvador and Griffin's motion for summary judgment (doc. 95) is GRANTED and the clerk is instructed to enter judgment in favor of the defendants.

3. The clerk is directed to close the file.

DONE AND ORDERED this 10th day of March, 2008.

                                          _s/ M. Casey Rodgers_
                                          **M. CASEY RODGERS**
                                          **UNITED STATES DISTRICT JUDGE**